## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Painted Bride Art                    :
Center, Inc., non-profit corporation        :
                                            :        No. 1642 C.D. 2019
Appeal of: Painted Bride Art                :
Center, Inc.                                :

**PER CURIAM**                          **O R D E R**

NOW, December 16, 2020, having considered Appellee's application for reargument and Appellant's answer in response thereto, the application is denied.